UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

RONALD STEVENS LIBERATORE,

Plaintiff,

v.

TARANTULAS MAN, et al.,

Defendants.

Case No. 24-cv-06260-WHO (PR)

**ORDER OF DISMISSAL**

Plaintiff Ronald Stevens Liberatore has not responded to the Clerk's Notice to file his complaint and in forma pauperis application by email, as required by General Order No. 76. Accordingly, this federal civil rights action is DISMISSED (without prejudice) for failing to comply with the Clerk's Notice and for failing to prosecute, *see* Federal Rule of Civil Procedure 41(b).

Because this dismissal is without prejudice, Liberatore may move to reopen. He may do this by submitting by email (i) a motion to reopen, which must have the words MOTION TO REOPEN written on the first page; (ii) a complaint on this Court's form; and (iii) an in forma pauperis application. If he is unable to comply with these procedures, he may file by regular mail (i) a motion to reopen (with the words MOTION TO REOPEN written on the first page); and (ii) a motion for leave to file his section 1983 complaint by regular mail, in which he articulates specific reasons why he is unable to file by email.

The Clerk shall enter judgment in favor of defendant, and close the file.

**IT IS SO ORDERED.**

**Dated:** November 25, 2024

_____
WILLIAM H. ORRICK
United States District Judge